# Third District Court of Appeal

## State of Florida

Opinion filed May 31, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D23-0667
Lower Tribunal No. F90-43443B

————————

**Jason Wade Parnell,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Jason Wade Parnell, in proper person.

Ashley Moody, Attorney General and Richard L. Polin, Chief Assistant Attorney General, for respondent.

Before LOGUE, MILLER and BOKOR, JJ.

PER CURIAM.

Upon consideration, the petition for habeas corpus is denied.  <u>See</u> <u>Teffeteller v. Dugger</u>, 734 So. 2d 1009, 1025 (Fla. 1999) ("[H]abeas corpus petitions are not to be used for additional appeals on questions which could have been . . . or were raised on appeal or in a rule 3.850 motion.") (citation omitted); <u>see</u> <u>also</u> <u>La-Casse v. Inch</u>, 307 So. 3d 921, 922 (Fla. 3d DCA 2020).